IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CORY BJERKE,

        Plaintiff,

                                         3:15-CV-1708-PK

                                         OPINION AND ORDER

v.


THE HOME DEPOT, INC.,

        Defendant.

PAPAK, Magistrate Judge:

       Plaintiff Cory Bjerke filed this putative class action on his own behalf and on behalf of all those similarly situated against defendant The Home Depot, Inc. ("Home Depot") in the Multnomah County Circuit Court on July 31, 2015. By and through his complaint, Bjerke alleges Home Depot's liability for violation of the federal Fair Credit Reporting Act. Home Depot removed Bjerke's action to this court effective September 10, 2015 pursuant to 28 U.S.C.

Page 1 - OPINION AND ORDER

§ 1441(a) on the grounds that Bjerke's claim raises a federal question. This court has original jurisdiction over Bjerke's action pursuant to 28 U.S.C. § 1331, and may properly exercise jurisdiction on removal pursuant to 28 U.S.C. § 1441.

Now before the court is Bjerke's motion (#28) to change or transfer venue, by and through which Bjerke seeks this court's order transferring this action to the United States District Court for the Northern District of Georgia for contemplated consolidation with *Albu v. The Home Deport, Inc.*, Case No. 1:15-CV-412-ELR-JFK (N.D. Ga.). Home Depot does not oppose either the requested transfer to the Northern District of Georgia or the contemplated consolidation with *Albu*.

In light of the parties' agreement that this court would most efficiently be litigated in the Northern District of Georgia, Bjerke's unopposed motion is granted. This action is transferred to the Northern District of Georgia effective immediately.

## CONCLUSION

For the reasons set forth above, Bjerke's motion (#28) is granted and this action is transferred to the United States District Court for the Northern District of Georgia. All pending motions are denied as moot with leave to refile before the United States District Court for the Northern District of Georgia.

DATED this 21st day of October, 2015.

*/s/ Paul Papak*
Honorable Paul Papak
United States District Judge

Page 2 - OPINION AND ORDER