# Exhibit 1

1    A.    Yes.

2    Q.    Tony, let me ask you a question. Mr. Albu, in
3 order to provide services for Colorado Delta, was he
4 required to do a background check?

5    A.    Yes.

6    Q.    Was a background check completed on him?

7    A.    Yes, probably.

8    Q.    Who requires the background?

9    MR. IANNITELLI:  He previously testified to all
10 this. This is all a Home Depot requirement.

11    MR. FICZKO:  I just didn't hear you.

12    MR. IANNITELLI:  This is what he previously
13 testified about. This is all the Home Depot requirements.
14 When he's talking about a badge, it's a Home Depot
15 requirement to be badged, and they do a check. Colorado
16 Delta, Delta Mechanical, they don't do any check. It all
17 goes to Home Depot for individuals to go into consumers'
18 homes.

19    Q.    (By Mr. Ficzko)  Okay. So Home Depot requires a
20 background check?

21    A.    Yes.

22    Q.    Do you know if Home Depot actually did conduct a
23 background check on Mr. Albu?

24    A.    I don't know specifically for him, but most
25 likely yes, because we do it for everybody that goes to

1   Home Depot homes.
2           MR. IANNITELLI:  Well, you don't do it.
3           THE WITNESS:  I don't do it.
4       Q.  (By Mr. Ficzko)  But Home Depot does, right, so
5   we're all clear?
6       A.  Yes.
7       Q.  Do you know what's included in the background
8   check?
9       A.  Not really.
10          MR. FICZKO:  All right.  If we could look at
11  Exhibit G as in good.
12      Q.  (By Mr. Ficzko)  And, Tony, let me know when
13  you've had a chance to look at Exhibit G.  It consists of
14  two pages.
15          THE REPORTER:  I don't see a G.
16          MR. IANNITELLI:  We don't see a G.
17          MR. FICZKO:  Put that aside.
18          Do we have Exhibit H?
19          MR. FICZKO:  Yes.
20              (Exhibit H was marked before the
21               commencement of the proceedings and
22               identified for the record at this time.)
23      Q.  (By Mr. Ficzko)  Tony, let me know when you've
24  had a chance to look at it.  It consists of two pages.
25      A.  Okay.