# Exhibit 2

## DISCLOSURE

In order to have the opportunity to work on a Home Depot project,_____ (the "Company"), will obtain a consumer report (known as an investigative consumer report in California), which I understand may include information regarding my credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living. The Company may share the contents of the consumer report with Home Depot in connection with Home Depot projects assigned to me by the Company.

## AUTHORIZATION

During the application process and at any time during the tenure of my employment with the Company, I hereby authorize ChoicePoint WorkPlace Solutions Inc. ("ChoicePoint"), on behalf of The Company to procure a consumer report (known as an investigative consumer report in California) which I understand may include information regarding my credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living. This report may be compiled with information from credit bureaus, courts record repositories, departments of motor vehicles, past or present employers and educational institutions, governmental occupational licensing or registration entities, business or personal references, and any other source required to verify information that I have voluntarily supplied. I understand that I may request a complete and accurate disclosure of the nature and scope of the background verification; to the extent such investigation includes information bearing on my character, general reputation, personal characteristics or mode of living. I further authorize the Company to share the results of any report with Home Depot.

I hereby release ChoicePoint, Company, Home Depot and any person or entity that provides information pursuant to this authorization from any and all liabilities arising from any claims, lawsuits or other actions in regard to the information obtained from any and all of the above referenced sources. I further agree that the giving of any false, misleading, or incomplete information will be grounds for denial or termination of my authorization to participate in the Home Depot installed sales program.

_____     _____
Print Applicant Name and Date                              Mother's Maiden Name*

_____
Applicant Signature and Date

_____     _____
Social Security Number *                     Date of Birth *

_____
Address, including street number, street name, apt, floor, suite, etc.*

_____     _____     _____
City                                        State                                  Zip Code

* For Identification Purposes Only

**CA, MN & Oklahoma Residents please note:** In connection with your application for employment, your consumer report may be obtained and reviewed. Under California, Minnesota and Oklahoma law, you have a right to receive a free copy of your consumer report by checking the appropriate box below.
___ YES, I am a California resident and would like a free copy of my investigative consumer report.
___ YES, I am a Minnesota resident and would like a free copy of my consumer report.
___ YES, I am an Oklahoma resident and would like a free copy of my consumer report.

**CA Residents please note:** In connection with your application for employment, your credit report will be obtained and reviewed. Under California law, you have a right to receive a free copy of your credit report by checking the appropriate box below. Your credit report will be mailed to you by the credit bureau. Please note that if you elect to receive the entire investigative consumer report, this will include your credit report.
___ YES, I am a California resident and would like a free copy of my credit report.

If you have requested one of the above reports, please provide the contact information listed below.

Printed Name _____

Street Address_____

City, State, Zip _____

*Revised 12/04/07*