# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CORY BJERKE, individually and as a representative of the Class, | Civil Action No. 1:15-cv-03733-ELR-JFK |
| Plaintiff, | |
| vs. | **ORDER EXTENDING OBJECTION PERIOD** |
| THE HOME DEPOT, INC., | |
| Defendant. | |

Upon consideration of Plaintiff's unopposed Motion for Extension of Time to File Objections, it is hereby ORDERED that the motion is GRANTED. Objections to the Final Report and Recommendation are due November 30, 2016.

Dated: November 7, 2016

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia